IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Solomon Woldmariam, | : |
| Petitioner(s), | : |
| | : Case Number: 1:16cv941 |
| vs. | : |
| | : Judge Susan J. Dlott |
| DHS/ICE, et al., | : |
| Respondent(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 21, 2016 (Doc. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 4, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, petitioner has been released on an Order of Supervision and has obtained the relief requested in the petition. Therefore the Court, GRANTS the respondents' motion to dismiss (Doc. 6). The petition is DISMISSED as moot.

IT IS SO ORDERED.

   s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court